**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**IN RE:** Premera Blue Cross Customer                    **Case No.:  3:15-md-2633 SI**
Data Security Breach Litigation

_____/

**Civil Case Assignment Order**

1.    **Presiding Judge:**  The above referenced case has been filed in the Portland Division of the U.S. District Court for the District of Oregon and assigned to:

> **Presiding Judge**.................................Michael H. Simon
> **Presiding Judge's Suffix Code\***...................................SI
>
> ***These letters must follow the case number on all filings.**

2.    **Courtroom Deputy Clerk:**  Questions about the status or scheduling of this case should be directed to:
>        Mary Austad
>        Telephone:  503-326-8034
>        Email:  mary_austad@ord.uscourts.gov

3.    **Case Administrator/Docket Clerk:**  Questions about filings or docket entries in this case should be directed to:
>        Telephone:  503-326-8050

4.    **Place of Filing:**  Any paper filings must be submitted to the Clerk of Court, **Mark O. Hatfield Courthouse, 1000 S.W. Third Avenue, Portland, OR, 97204**. (*See* LR 3-3, LR 100-2, and LR 100-5.)

5.    **District Court Website:**  Information about local rules of practice; CM/ECF electronic filing requirements; responsibility to redact personal identifiers from filings; and other related information can be found on the Court's website at ord.uscourts.gov.

**DATED:  June 26, 2015**                    **MARY L. MORAN**
                                             **Clerk of Court**

                                             by: s/ Eric Oss
                                             _____
                                             Eric Oss, Deputy Clerk