# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: PREMERA BLUE CROSS CUSTOMER
DATA SECURITY BREACH LITIGATION  MDL No. 2633

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO –2)

On June 16, 2015, the Panel transferred 7 civil action(s) to the United States District Court for the District of Oregon for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the District of Oregon. With the consent of that court, all such actions have been assigned to the Honorable Michael H. Simon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Oregon and assigned to Judge Simon.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Oregon for the reasons stated in the order of June 16, 2015, and, with the consent of that court, assigned to the Honorable Michael H. Simon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Oregon. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 02, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



Certified to be a true and correct
copy of original filed in this District

Dated: __07/02/2015__

**MARY L. MORAN, Clerk of Court**
U.S. District Court of Oregon

By: __/s/ Desiree St. Germain__

Pages __1__ Through __2__

**IN RE: PREMERA BLUE CROSS CUSTOMER
DATA SECURITY BREACH LITIGATION**             MDL No. 2633

**SCHEDULE CTO–2 – TAG–ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

WASHINGTON WESTERN

| | | | |
|------|------|---------|--------------|
| WAW | 2 | 15–00845 | Black v. Premera Blue Cross |
| WAW | 2 | 15–00846 | Chakraborty et al v. Premera Blue Cross |
| WAW | 2 | 15–00860 | Green v. Premera Blue Cross, et al |
| WAW | 2 | 15–00865 | Fitch v. Premera Blue Cross |
| WAW | 2 | 15–00877 | Flint v. Premera Blue Cross |
| WAW | 2 | 15–00878 | Cummings v. Premera Blue Cross |
| WAW | 2 | 15–00911 | Shores et al v. Premera Blue Cross |