# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: PREMERA BLUE CROSS CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:15-md-2633-SI<br><br>**PRETRIAL ORDER NO. 2** |
| This Document Relates to All Actions. | |

**Michael H. Simon, District Judge.**

On August 7, 2015, the Court held the Initial Case Management Conference in this action. The following matters were discussed and resolved:

1. The Court appoints the following persons and law firms as Interim Lead Plaintiffs' Counsel and Interim Liaison Plaintiffs' Counsel, pursuant to Fed. R. Civ. P. 23(g)(3), for a one-year renewable term:

> Christopher I. Brain, *cbrain@tousley.com*
> Kim D. Stephens, *kstephens@tousley.com*
> Chase C. Alvord, *calvord@tousley.com*
> Jason T. Dennett, *jdennett@tousley.com*
> TOUSLEY BRAIN STEPHENS PLLC
> 1700 Seventh Avenue, Suite 2200
> Seattle, WA 98101
> Telephone: (206) 682-5600
> *Interim Lead Plaintiffs' Counsel*

PAGE 1 – PRETRIAL ORDER NO. 2

      Keith S. Dubanevich, *kdubanevich@stollberne.com*
      Steve D. Larson, *slarson@stollberne.com*
      Mark A. Friel, *mfriel@stollberne.com*
      STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
      209 S.W. Oak Street
      Portland, OR 97204
      Telephone: (503) 227-1600
        *Interim Liaison Plaintiffs' Counsel*

  2. The Court notes that the following persons and law firms have appeared as counsel for Defendant Premera Blue Cross:

      Daniel R. Warren, *dwarren@bakerlaw.com*
      BAKER & HOSTETLER LLP
      1900 East Ninth Street, Suite 3200
      Cleveland, OH 44114
      Telephone: (216) 620-0200

      Paul G. Karlsgodt, *pkarlsgodt@bakerlaw.com*
      BAKER & HOSTETLER LLP
      1801 California Street, Suite 4400
      Denver, CO 80202
      Telephone: (303) 861-0600

      Darin M. Sands, *SandsD@LanePowell.com*
      LANE POWELL PC
      601 S.W. Second Avenue, Suite 2100
      Portland, OR 97204-3158
      Telephone: (503) 778-2117

  3. Not later than August 21, 2015, interim lead and liaison Plaintiffs' counsel and Defendant's counsel shall, after conferring, file a joint proposed case management schedule. The parties shall indicate where they agree and where they disagree, and may provide brief argument explaining the nature of and reasons for any disagreements.

  4. Not later than October 6, 2015, Plaintiffs shall file a Consolidated Master Complaint.

  5. Also not later than October 6, 2015, interim lead and liaison Plaintiffs' counsel shall file their proposal for leadership structure and responsibilities. This document shall include

Plaintiffs' proposed division of responsibilities among lead and liaison counsel, as well Plaintiffs' additional recommendations for a Plaintiffs' steering committee, if any, including both the membership and responsibilities of such a steering committee.

6. The Court directs the Clerk of the Court to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

DATED this 7th day of August, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge