UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: Premera Blue Cross Customer Data Security Breach Litigation | Case No. 3:15-md-2633-SI |
| | **[PROPOSED] CASE SCHEDULING ORDER** |
| This Document Relates to All Actions. | |

Action/Event

1. **Initial Case Management Conference** and appointment of interim class counsel and other Plaintiffs' counsel leadership positions — August 7, 2015

2. Deadline for parties to file proposed protective order(s) — August 28, 2015

3. Defendant to produce initial categories of documents as agreed by the parties — September 11, 2015

4. Plaintiffs file Consolidated Master Complaint — October 6, 2015 (60 days after No.1)

5. Interim lead counsel and liaison plaintiffs' counsel file leadership structure and responsibilities — October 6, 2015 (60 days after No.1)

6.. Parties confer about ADR — November 13, 2015

7. Defendant answers or otherwise responds — November 20, 2015 (45 days after No. 4)

8. Deadline for parties' Rule 26(f) and LR 26-1 conference, including ESI guidelines
   Formal discovery may proceed — December 4, 2015

9. Parties file Rule 26(f) report — December 18, 2015 (14 days after No. 6)

   Deadline for parties to file proposed ESI protocol(s)
   Deadline to establish document depository
   Initial disclosures served or waived under LR 26-2

10. Plaintiffs file response to motion to dismiss, if any — December 30, 2015 (40 days after No. 7)

| | | |
|---|---|---|
| 11. | Defendant files reply in support of any motion to dismiss | January 29, 2016 (30 days after No. 10) |
| 12. | Oral argument on motion to dismiss, if any **Second Case Management Conference** | February 24, 2016, 10AM |
| 13. | Parties file Joint ADR Report under LR 16-4(d) | April 17, 2016 |
| 14. | Deadline to amend pleadings or join parties | July 19, 2016 |
| 15. | **Third Case Management Conference** | August 2, 2016, 10AM |
| 16. | File motion for class certification | October 12, 2016 |
| 17. | File response to motion for class certification | November 12, 2016 |
| 18. | File reply in support of motion for class certification | December 12, 2016 |
| 19. | Oral argument on class certification motion **Fourth Case Management Conference** | January 12, 2017, 10AM |
| 20. | Fact discovery closes | March 17, 2017 |
| 21. | Simultaneous exchange of expert reports (Expert depositions to be scheduled by parties) | April 17, 2017 |
| 22. | Simultaneous exchange of expert rebuttal reports | May 17, 2017 |
| 23. | Expert discovery closes | June 16, 2017 |
| 24. | **Fifth Case Management Conference** (Should limited fact or expert discovery be reopened?) | June 30, 2017, 10AM |
| 25. | Deadline for filing dispositive motions | September 1, 2017 |
| 26. | File responses to dispositive motions | September 29, 2017 (28 days after No. 25) |
| 27. | File replies to dispositive motions | October 27, 2017 |
| 28. | Oral argument on dispositive motions **Sixth Case Management Conference** | November 17, 2017, 10AM |
| 29. | First pretrial conference | January 31, 2018, 10AM |

30. Second pretrial conference      February 9, 2018, 10AM

31. Trial commences      February 26, 2018, 9AM
    (either class or non-class for bellwether case originally
    filed in District of Oregon)

Dated: 8/21/2015

Respectfully Submitted,

        **TOUSLEY BRAIN STEPHENS PLLC**

    By:     *s/ Kim D. Stephens*
        Kim D. Stephens, OSB No. 030635
        Christopher I. Brain
        Chase C. Alvord, OSB No. 070590
        Jason T. Dennett
        1700 Seventh Avenue, Suite 2200
        Seattle, WA 98101
        Tel: (206) 682-5600
        Fax: (206) 682-2992
        Email: cbrain@tousley.com
              kstephens@tousley.com
              calvord@tousley.com
              jdennett@tousley.com

*Interim Lead Plaintiffs' Counsel*

    **STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**

    By:   *s/ Keith S. Dubanevich*
        Keith S. Dubanevich, OSB No. 975200
        Steve D. Larson, OSB No. 863540
        Mark A. Friel, OSB No. 002592
        209 SW Oak Street, Suite 500
        Portland, OR 97204
        Tel: (503) 227-1600
        Fax: (503) 227-6840
        Email: kdubanevich@stollberne.com
              slarson@stollberne.com
              mfriel@stollberne.com

*Interim Liaison Plaintiffs' Counsel*

**BAKER & HOSTETLER LLP**

By: _____/s *Paul Karlsgodt*_____
      Paul G. Karlsgodt
      1801 California Street, Suite 4400
      Denver, CO  80202
      Tel:  (303) 861-0600
      Fax: (303) 861-7805
      Email:  pkarlsgodt@bakerlaw.com

      Daniel R. Warren
      **BAKER & HOSTETLER LLP**
      1900 East Ninth Street, Suite 3200
      Cleveland, OH  44114
      Tel:  (216) 620-0200
      Fax: (216) 696-0740
      Email: dwarren@bakerlaw.com

      Darin M. Sands
      **LANE POWELL PC**
      601 SW Second Avenue, Suite 2100
      Portland, OR  97204-3158
      Tel:  (503) 778-2117
      Fax: (503) 778-2200
      Email: SandsD@LanePowell.com

*Attorneys for Defendant Premera Blue Cross*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Kim D. Stephens*
Kim D. Stephens
