IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: PREMERA BLUE CROSS CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Actions. | Case No. 3:15-md-2633-SI<br><br>**PRETRIAL ORDER NO. 3**<br>**(CASE SCHEDULING ORDER)** |

**Michael H. Simon, District Judge.**

The parties' Proposed Case Scheduling Order (Dkt. 38) is accepted, and the following case schedule is adopted:

| | | |
|---|---|---|
| 1. | **Initial Case Management Conference**<br>Discuss appointment of interim class counsel, other Plaintiffs' counsel leadership positions, and case schedule | August 7, 2015 |
| 2. | Deadline for parties to file proposed protective order(s) | August 28, 2015 |
| 3. | Defendant to produce initial categories of documents as agreed by the parties | September 11, 2015 |
| 4. | Plaintiffs file Consolidated Master Complaint | October 6, 2015<br>(60 days after No.1) |
| 5. | Interim lead counsel and liaison plaintiffs' counsel file leadership structure and responsibilities | October 6, 2015<br>(60 days after No.1) |
| 6. | Parties confer about ADR | November 13, 2015 |
| 7. | Defendant answers or otherwise responds | November 20, 2015<br>(45 days after No. 4) |

| | | |
|---|---|---|
| 8. | Deadline for parties' Rule 26(f) and LR 26-1 conference, including ESI guidelines; formal discovery may proceed | December 4, 2015 |
| 9. | Parties file Rule 26(f) report;<br>deadline for parties to file proposed ESI protocol(s);<br>deadline to establish document depository;<br>initial disclosures served or waived under LR 26-2 | December 18, 2015 |
| 10. | Plaintiffs file response to motion to dismiss, if any | December 30, 2015<br>(40 days after No. 7) |
| 11. | Defendant files reply in support of any motion to dismiss | January 29, 2016<br>(30 days after No. 10) |
| 12. | Oral argument on motion to dismiss, if any<br>**Second Case Management Conference** | February 24, 2016, 10AM |
| 13. | Parties file Joint ADR Report under LR 16-4(d) | April 17, 2016 |
| 14. | Deadline to amend pleadings or join parties | July 19, 2016 |
| 15. | **Third Case Management Conference** | August 2, 2016, 10AM |
| 16. | File motion for class certification | October 12, 2016 |
| 17. | File response to motion for class certification | November 12, 2016 |
| 18. | File reply in support of motion for class certification | December 12, 2016 |
| 19. | Oral argument on class certification motion<br>**Fourth Case Management Conference** | January 12, 2017, 10AM |
| 20. | Fact discovery closes | March 17, 2017 |
| 21. | Simultaneous exchange of expert reports<br>(Expert depositions to be scheduled by parties) | April 17, 2017 |
| 22. | Simultaneous exchange of expert rebuttal reports | May 17, 2017 |
| 23. | Expert discovery closes | June 16, 2017 |
| 24. | **Fifth Case Management Conference**<br>(Should limited fact or expert discovery be reopened?) | June 30, 2017, 10AM |

PAGE 2 – PRETRIAL ORDER NO. 3

| | | |
|---|---|---|
| 25. | Deadline for filing dispositive motions | September 1, 2017 |
| 26. | File responses to dispositive motions | September 29, 2017<br>(28 days after No. 25) |
| 27. | File replies to dispositive motions | October 27, 2017 |
| 28. | Oral argument on dispositive motions<br>**Sixth Case Management Conference** | November 17, 2017, 10AM |
| 29. | First pretrial conference | January 31, 2018, 10AM |
| 30. | Second pretrial conference | February 9, 2018, 10AM |
| 31. | Trial commences<br>(either class or non-class for bellwether case originally filed in District of Oregon) | February 26, 2018, 9AM |

The Court directs the Clerk of the Court to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

DATED this 26th day of August, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge

PAGE 3 – PRETRIAL ORDER NO. 3