### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: PREMERA BLUE CROSS CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Actions. | Case No. 3:15-md-2633-SI<br><br>**PRETRIAL ORDER NO. 4 (ADDITION TO CASE SCHEDULING ORDER)** |

**Michael H. Simon, District Judge.**

The Case Scheduling Order (Dkt. 39) is modified by the following additions:

1. Plaintiffs may file a motion that addresses whether Washington law should govern this litigation, even for named plaintiffs or putative class members who reside outside of Washington. As part of this analysis, Plaintiffs should discuss whether the laws in Alaska, California, or Oregon are materially different from the law in Washington. — November 20, 2015

2. Defendant files response to Plaintiffs' motion regarding whether Washington law should govern this litigation. — December 30, 2015

3. Oral argument on both Defendant's motion to dismiss and Plaintiff's motion regarding whether Washington law should govern this litigation; **Second Case Management Conference** — February 24, 2016, 10AM

All other deadlines in the Case Scheduling Order remain in full force. The Court directs the Clerk of the Court to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation.

PAGE 1 – PRETRIAL ORDER NO. 4

**IT IS SO ORDERED.**

DATED this 30th day of October, 2015.

/s/ Michael H. Simon
Michael H. Simon
United States District Judge