# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE: PREMERA BLUE CROSS CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 3:15-md-2633-SI<br><br>**PRETRIAL ORDER NO. 9**<br><br>**(DISCOVERY DISPUTES AND MONTHLY STATUS CONFERENCES)** |
| This Document Relates to All Actions. | |

**Michael H. Simon, District Judge.**

Based on the stipulation of the parties, the following procedures will apply to any future discovery disputes in this case:

1. When a discovery dispute arises, the Parties will meet and confer to attempt to resolve their dispute.

2. If the Parties are unable to resolve a dispute, they will prepare a joint letter for submission to the Court. In the joint letter:

> a. Each party will explain its position and proposed resolution in a maximum of three (3) pages (not including indices or attachments that may be referenced as part of the proposed resolution), unless both parties agree that more than three pages is necessary to explain the disputed issues; and

> b. The Parties will present the Court with a check-box questionnaire that includes each of their proposed resolutions, as well as a space for the Court to explain an alternative resolution.

PAGE 1 – PRETRIAL ORDER NO. 9

3. The Parties will confer with the Court regarding the dispute and attempt to resolve the issues.

4. During the remainder of 2017, regular telephonic status conferences will be held among the Parties and the Court, generally on the first Wednesday of each month. By noon Pacific time on the **Friday before** each status conference, the Parties will inform the Court of any issues that need to be resolved in accordance with the procedures described above, or otherwise as the Parties may request. If the Parties need an earlier decision outside of the regular status conference, they will present their request in a joint letter to the Court. The monthly telephonic status conferences for 2017 will be held as follows:

      a. Wednesday, March 1, 2017, 8:00 a.m.
      b. Wednesday, April 5, 2017, 8:00 a.m.
      c. Wednesday, May 3, 2017, 8:00 a.m.
      d. Wednesday, June 7, 2017, 8:00 a.m.
      e. Wednesday, July 5, 2017, 8:00 a.m.
      f. Wednesday, August 2, 2017, 8:00 a.m.
      g. Wednesday, September 6, 2017, 8:00 a.m.
      h. Wednesday, October 4, 2017, 8:00 a.m.
      i. Wednesday, November 1, 2017, 8:00 a.m.
      j. Wednesday, December 6, 2017, 8:00 a.m.

The Court directs the Clerk of the Court to send a copy of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation.

**IT IS SO ORDERED.**

DATED this 16th day of February, 2017.

                                              /s/ Michael H. Simon
                                              Michael H. Simon
                                              United States District Judge