Kim D. Stephens, OSB# 030635
kstephens@tousley.com
Christopher I. Brain
cbrain@tousley.com
Jason T. Dennett
jdennett@tousley.com
Tousley Brain Stephens PLLC
1700 Seventh Avenue, Suite 2200
Seattle, WA 98101
Tel:  (206) 682-5600
Fax: (206) 682-2992

*Interim Lead Plaintiffs' Counsel*

Keith S. Dubanevich
kdubanevich@stollberne.com
Steve D. Larson
slarson@stollberne.com
Yoona Park
ypark@stollberne.com
Stoll Berne
209 SW Oak Street, Suite 500
Portland, OR  97204
Tel: (503) 227-1600
Fax: (503) 227-6840

*Interim Liaison Plaintiffs' Counsel*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| IN RE: Premera Blue Cross Customer Data Security Breach Litigation | Case No. 3:15-md-2633-SI |
| This Document Relates to All Actions | **JOINT MOTION TO EXTEND WORD-COUNT LIMITATION AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SANCTIONS FOR DEFENDANT'S DISCOVERY MISCONDUCT** |

In compliance with LR 7-1, the parties have conferred and jointly move the court to extend the word-count limitation under LR 26-3 (b) for Plaintiffs' Motion for Sanctions for Defendant's Discovery Misconduct from 3,000 words to 4,300 words.

The parties also jointly move to extend Premera's response date to September 28, 2018.

Respectfully submitted: August 30, 2018.

| **TOUSLEY BRAIN STEPHENS PLLC** | **BAKER HOSTETLER LLP** |
|---|---|
| By: *s/ Kim D. Stephens* <br> Kim D. Stephens, OSB# 030635 <br> Jason T. Dennett <br> Christopher I. Brain <br> Chase C. Alvord <br> 1700 7th Avenue, Suite 2200 <br> Seattle, WA 98101 <br> Tel: (206) 682-5600 <br> Fax: (206) 682-2992 <br> Email: jdennett@tousley.com <br> kstephens@tousley.com <br> cbrain@tousley.com <br> calvord@tousley.com <br><br> *Interim Lead Plaintiffs' Counsel* <br><br><br> Keith S. Dubanevich <br> Steve D. Larson <br> Yoona Park <br> STOLL BERNE <br> 209 SW Oak Street, Suite 500 <br> Portland, OR 97204 <br> Tel: (503) 227-1600 <br> Fax: (503) 227-6840 <br> Email: kdubanevich@stollberne.com <br> slarson@stollberne.com <br> ypark@stollberne.com <br><br> *Interim Liaison Plaintiffs' Counsel* | By: *s/ James A. Sherer* <br> James A. Sherer <br> 45 Rockefeller Plaza <br> New York, NY 10111-0100 <br> Tel: (212) 589-4279 <br> Fax: (212) 589-4201 <br> Email: jsherer@bakerlaw.com <br><br> Paul G. Karlsgodt <br> 1801 California Street, Suite 4400 <br> Denver, CO 80202 <br> Tel: (303) 861-0600 <br> Fax: (303) 861-7805 <br> Email: pkarlsgodt@bakerlaw.com <br><br> Daniel R. Warren <br> BAKER HOSTETLER LLP <br> 1900 East Ninth Street, Suite 3200 <br> Cleveland, OH 44114 <br> Tel: (216) 620-0200 <br> Fax: (216) 696-0740 <br> Email: dwarren@bakerlaw.com <br><br> Darin M. Sands <br> LANE POWELL PC <br> 601 SW Second Ave., Suite 2100 <br> Portland, OR 97205-3158 <br> Tel: (503) 778-2117 <br> Fax: (503) 778-2200 <br> SandsD@LanePowell.com <br><br> *Attorneys for Defendant Premera Blue Cross* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the foregoing on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which automatically sends a copy to all counsel of record.

<i>s/ Kim D. Stephens</i><br>
Kim D. Stephens